# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-                                      Case No. 3:12-CR-72-02

                                             Judge Thomas M. Rose

SHERMAN A. BROWN,

                Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

      Pursuant to the record set forth in open court on March 5, 2020, the Defendant appeared with Counsel, and entered dmissions to the violation of supervised release as alleged by the U.S. Probation Department in an Amended Petition filed March 2, 2020. The Court accepted the admissions and found that the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

      The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ninety (90) days to run consecutive to Case No. 3:19-cr-39. The sentence will not be followed by any period of supervised release.

      The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated.

      The Defendant was explained his right of appeal and indicated an understanding of same. The Defendant is remanded to the custody of the U.S. Marshal.

      IT IS SO ORDERED.

Date: March 5, 2020

                                                              THOMAS M. ROSE, JUDGE
                                                              UNITED STATES DISTRICT COURT